# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Citadel Watford City Disposal Partners, LP
    Debtor

Bankruptcy Case No.: 15–11323–KJC

Bankruptcy Chapter:  11

_____

Citadel Watford City Disposal Partners, L.P.

    Plaintiff

    vs.

Peter Simons

    Defendant(s)

Adv. Proc. No.:  16–51557–KJC

### JUDGMENT BY DEFAULT

On 1/30/2017, default was entered against defendant(s) Peter Simons . The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Peter Simons in the amount of $50,000.00 plus court filing costs in the amount of $350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 1/30/17

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN–433a)