# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>Debtors.<br>---------------------------------------------------------<br>Citadel Watford City Disposal Partners, L.P., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Peter Simons,<br><br>Defendant. | Chapter 11<br><br>Case No: 15-11323 (KJC)<br><br>(Jointly Administered)<br><br>Adv. Proceeding No. 16-51557 (KJC)<br><br>**No hearing will be held unless requested or ordered by the Court.**<br><br>**Objection Deadline: May 15, 2017 at 4:00 p.m.** |

### PETER SIMONS'
### MOTION TO REOPEN ADVERSARY
### PROCEEDING AND TO VACATE ENTRY OF
### DEFAULT [DOCKET #5] AND DEFAULT JUDGMENT [DOCKET #7]

Peter Simons (the "Defendant"), by and through the undersigned counsel, pursuant to Fed.R.Civ.P. Rule 60 as made applicable by Bankruptcy Rule 9024, respectfully requests that the Court reopen this adversary proceeding and set aside the Entry of Default and Default Judgment entered against it on January 30, 2017 [Docket #5 and #7].

In support of this Motion, the Defendant submits and incorporates by reference a Memorandum of Law, the Affidavit of Peter Simons, the Affirmation of Roland Gary Jones, and the Defendant's Proposed Order.

WHEREFORE, the Defendant request that the adversary proceeding be reopened, the

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is: c/o Gavin/Solmonese LLC, 919 N. Market St., Ste. 600, Wilmington, DE 19801.

Default Judgment entered in this matter be set aside and the Defendant be allowed to present defenses to all claims in these matters.

Dated: May 1, 2017

Respectfully submitted,

**THE LAW OFFICE OF JAMES TOBIA, LLC**
By: */s/ James Tobia*
James Tobia, Esq. (#3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com

**and**

**JONES & ASSOCIATES**
Roland Gary Jones, Esq.
New York Bar No. RGJ-6902
1745 Broadway, 17th Floor
New York, NY 10019
Tel. (347) 862-9254
Fax (212) 202-4416
Email: rgj@rolandjones.com