**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Citadel Watford City Disposal Partners, LP, et al. | : | Case No.: 15-11323 (KJC) |
| | : | |
| Debtor. | : | |
| | : | |
| Citadel Watford City Disposal Partners, LP, | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Adv. Proc. No.: 16-51557 (KJC) |
| Peter Simons | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

      In accordance with this Court's Order [DI 19], the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

      _____      A mediation session is scheduled to occur on _____.

      _____      A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

      _____      OTHER: A mediation session occurred on August 23, 2017.  A final mediation conference is scheduled for September 7, 2017.

Dated: August 23, 2017             _/s/ Ian Connor Bifferato_____
                                    Ian Connor Bifferato (DE #3273)
                                    The Bifferato Firm P.A.
                                    1007 N. Orange Street, 4th Floor
                                    Wilmington, DE  19801