# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al*.,[1]<br><br>                Debtors.<br>------------------------------------------------------------<br>Citadel Watford City Disposal Partners, L.P., *et al*.<br><br>                Plaintiffs,<br><br>v.<br><br>Peter Simons,<br><br>                Defendant. | Chapter 11<br><br>Case No: 15-11323 (KJC)<br><br>(Jointly Administered)<br><br>Adversary Proceeding No. 16-51557<br><br>Re:  No. 12 |

## NOTICE OF ORAL ARGUMENT ON PETER SIMONS' MOTION TO REOPEN ADVERSARY PROCEEDING AND TO VACATE ENTRY OF DEFAULT [DOCKET #5] AND DEFAULT JUDGMENT [DOCKET #7]

TO:

**Shaw Fishman Glantz & Towbin LLC**
Thomas M. Horan
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Email: thoran@shawfishman.com

       PLEASE TAKE NOTICE that, at the direction of the United States Bankruptcy Court for the District of Delaware, Oral Argument has been scheduled to be held before the Honorable Kevin J. Carey on **October 25, 2018 @ 1:30 p.m.** on Defendant Peter Simons' *Motion to Reopen*

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is: c/o Gavin/Solmonese LLC, 919 N. Market St., Ste. 600, Wilmington, DE 19801.

1

*Adversary Proceeding and to Vacate Entry of Default and Default Judgment* (the "Motion")

Dated: August 29, 2018

                                                **THE LAW OFFICE OF JAMES TOBIA**
By: */s/ James Tobia*
James Tobia, Esq.
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com

-    **and**

**JONES & ASSOCIATES**
Roland Gary Jones, Esq.
New York Bar No. RGJ-6902
1325 Avenue of the Americas,
28th Floor
New York, NY 10019
Tel. (347) 862-9254
Fax (212) 202-4416
Email: rgj@rolandjones.com

*Counsels for the Defendant*