IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., *et al.*,[1]<br><br>              Debtors.<br><br>Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.*,<br><br>              Plaintiff,<br><br>v.<br><br>Peter Simons,<br>Focus Capital Partners, LLC,<br><br>              Defendants. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br><br><br><br><br>Adv. Pro. No. 16-51557 (KJC)<br>Adv. Pro. No. 16-51551 (KJC) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2018 AT 1:30 P.M. (EASTERN TIME)[2]**

**I.** **<u>MATTERS GOING FORWARD</u>:**

    1.    Peter Simons' Motion to Reopen Adversary Proceeding and to Vacate Entry of Default and Default Judgment and Memorandum of Law in Support Thereof [Adv. 16-51557 D.I. 12-13, filed on May 1, 2017]

         <u>Response Deadline</u>:   May 15, 2017 at 4:00 P.M.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

[2] Parties who are unable to attend the hearing in person may participate by telephone by contacting CourtCall, an independent conference call company, at (866) 582-6878. Please refer to the Court's website at www.deb.uscourts.gov (in the "General Information" under the "Judges' Info" section) for complete information and instructions.

Responses Received:

a. Objection of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.* to Peter Simons' Motion to Reopen Adversary Proceeding and to Vacate Entry of Default and Default Judgment [D.I. 14, filed on May 15, 2017]

b. Defendant's Reply to the Objection of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.* to Peter Simons' Motion to Reopen Adversary Proceeding and to Vacate Entry of Default and Default Judgment [D.I. 17, filed on May 24, 2017]

Related Documents:

a. Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 548, 549 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 [D.I. 1, filed on December 12, 2016]

b. Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I. 3, filed on December 13, 2016]

c. Plaintiffs' Request for Entry of Default [D.I. 4, filed on January 30, 2017]

d. Entry of Default [D.I. 5, filed on January 30, 2017]

e. Plaintiffs' Request for Entry of Default Judgment [D.I. 6, filed on January 30, 2017]

f. Judgment by Default [D.I. 7, filed on January 30, 2017]

g. Notice of Completion of Briefing [D.I. 18, filed on June 9, 2017]

h. Order Granting, in Part, Peter Simons' Motion to Reopen Adversary Proceeding and to Vacate Entry of Default and Default Judgment [D.I. 19, entered on June 16, 2017]

i. Mediation Status Report [D.I. 22, filed on August 14, 2017]

j. Mediation Status Report [D.I. 24, filed on August 23, 2017]

k. Mediator's Certificate of Completion [D.I. 25, filed on September 7, 2017]

l. Status Report in Adversary Proceeding [D.I. 27, filed on January 2, 2018]

m. Status Report in Adversary Proceeding [D.I. 29, filed on April 19, 2018]

    n.    Re-Notice of Completion of Briefing [D.I. 30, filed on April 24, 2018]

    o.    Notice of Oral Argument on Peter Simons' Motion to Reopen Adversary Proceeding and to Vacate Entry of Default and Default Judgment [D.I. 32, filed on August 29, 2018]

Status:    This matter is going forward.

2.    Focus Capital Partners, LLC's Motion to Vacate Default Judgment and to Dismiss Complaint [Adv. 16-51551 D.I. 14, filed on March 16, 2018]

Response Deadline:    March 30, 2018 at 4:00 P.M.

Responses Received:

    a.    Objection of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.* to Focus Capital Partners, LLC's Motion to Vacate Default Judgment and to Dismiss Complaint [D.I. 16, filed on March 29, 2018]

    b.    Focus Capital Partners, LLC's Reply in Support of its Motion to Vacate Default Judgment and to Dismiss Complaint [D.I. 18, filed on April 9, 2018]

Related Documents:

    a.    Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 548, 549 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 [D.I. 1, filed on December 12, 2016]

    b.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I. 3, filed on December 13, 2016]

    c.    Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I. 4, filed on December 22, 2016]

    d.    Plaintiffs' Request for Entry of Default [D.I. 5, filed on January 25, 2017]

    e.    Entry of Default [D.I. 6, filed on January 25, 2017]

    f.    Plaintiffs' Request for Entry of Default Judgment [D.I. 7, filed on January 25, 2017]

    g.    Judgment by Default [D.I. 8, filed on January 25, 2017]

    h.    Declaration of Alastair Smith in Support of Motion to Vacate Default Judgment [D.I. 15, filed on March 16, 2018]

i. Request of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., *et al.*, for Oral Argument with Respect to Defendant's Motion to Vacate Default Judgment and to Dismiss Complaint [D.I. 17, filed on April 9, 2018]

j. Notice of Completion of Briefing [D.I. 19, filed on April 16, 2018]

<u>Status:</u>   This matter is going forward.

Dated: October 23, 2018

**FOX ROTHSCHILD LLP**

<u>/s/ Johnna M. Darby</u>
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
919 N. Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: thoran@foxrothschild.com
E-mail: jdarby@foxrothschild.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*